**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7843**

_____

JAMES EDWARD BROWN,

                                        Plaintiff - Appellant,

         versus

ROBERT W. KING, JR.,

                                        Defendant - Appellee,

         and

THE PEOPLE OF PRINCE WILLIAM COUNTY,

                                                Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-03-944-AM)

_____

Submitted: January 15, 2004        Decided: January 28, 2004

_____

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

James Edward Brown, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

James Edward Brown appeals the district court's order summarily dismissing his civil rights complaint. We have reviewed the record and the district court's memorandum opinion and order and find the appeal frivolous. Accordingly, we dismiss the appeal. We also deny Brown's motion for an evidentiary hearing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>